UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00067-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SIMON JOSE LAGUNAS,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court on the Defendant's third *pro se* Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 109), filed June 10, 2013.

By way of background, Defendant has filed numerous motions for sentence modifications pursuant to 18 U.S.C. § 3582. Finding that his requests lacked merit, I denied all prior motions. Affirming my September 14, 2012 order denying Defendant's request for a sentencing modification, on May 7, 2013, the Tenth Circuit Court of Appeals dismissed Defendant's most recent appeal. (ECF No. 107).

Now, less than two weeks after the Tenth Circuit issued its Mandate (ECF No. 108), the Defendant has filed yet another motion for a sentence modification. Interestingly, in the instant motion, Defendant concedes that "his prior motions for reduction were without merit. He was coerced by 'jailhouse lawyers' in both the previous occasions whose main objective was obtaining commissary items. In hindsight, Lagunas should not have filed these motions without further research. He

apologizes to the Court and the Government for the exhaustion of resources in these prior matters." (Mot. at 1).

The instant motion is denied because Defendant has once again failed to raise a meritorious argument. The Defendant is not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2). Accordingly, it is

ORDERED that the Defendant's *pro se* Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 109), filed June 10, 2013, is **DENIED.**

Dated: June 21, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge